IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: CANON U.S.A DATA BREACH LITIGATION<br><br>This Documents Relates To:<br><br>All Actions | Case No.: 1:20-cv-06239-AMD-SJB |

### STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF DEFENDANTS TO FILE ANSWER TO CONSOLIDATED AMENDED CLASS ACTION COMPLAINT

WHEREAS, On March 15, 2022, this Court ruled on Defendants' Motion to Dismiss, granting the motion in part and denying the motion in part (Dkt. 40);

WHEREAS, pursuant to Fed. R. Civ. P. 12(a)(4), Defendants' currently have until March 29, 2022 to answer the remaining allegations Consolidated Amended Class Action Complaint ("Complaint");

WHEREAS, due to the length of the Complaint, Defendants have requested an extension of time to file an Answer to the Complaint for the remaining allegations;

WHEREAS, Plaintiffs consent to a 14-day extension of time for Defendants to Answer the remaining allegations of the Complaint;

WHEREAS, ths is Defendants' first request for an extension of time to file an to Answer to the remaining allegations of the Complaint since the decision on the Motion to Dismiss;

NOW THEREFORE, the Parties through their respective counsel hereby stipulate and agree that Defendants' time to answer the remaining allegations of the Complaint shall be extended through and including April 12, 2022.

IT IS SO STIPULATED.

Dated: March 25, 2022

**Counsel for Defendants**

*/s/ Eric R. Fish*
Eric R. Fish
**BAKER HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111-0100
Telephone: (212) 589-4647
efish@bakerlaw.com


**Co-Lead Counsel**

*/s/ Gary M. Klinger*
Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Telephone: (847) 208-4585
gklinger@milberg.com


*/s/ John A. Yanchunis*
John. A. Yanchunis
MORGAN & MORGAN
201 N. Franklin Street
7th Floor Tampa
Florida 33602
(813) 223-5505
jyanchunis@ForThePeople.com


**IT IS SO ORDERED:**


**DATED:** _____     _____
                                       HONORABLE ANN M. DONNELLY
                                       **UNITED STATES DISTRICT JUDGE**