

Gary M. Klinger
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
(866) 252-0878
gklinger@milberg.com

January 24, 2023

VIA ECF

Honorable Sanket J. Bulsara, U.S.M.J.
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   In re Canon U.S.A. Data Breach Litigation, Case No. 1:20-cv-06239-AMD-SJB

Dear Judge Bulsara:

The parties write jointly to respectfully request that the Court continue the deadline for Plaintiffs to file their Motion for Preliminary Approval of Class Action Settlement, currently set as January 26, 2023, by an additional seven days (7) days. If the Court is inclined to grant this request, Plaintiff's Motion for Preliminary Approval would be due on or before February 2, 2023. The parties have been diligently working to finalize the settlement agreement and the exhibits thereto and fully expect this to be complete in the following days. The parties request this accommodation to allow Plaintiffs sufficient time to prepare their Motion for Preliminary Approval once the accompanying settlement agreement and exhibits have been approved and finalized.

Should Your Honor have any questions, please do not hesitate to contact us.

Respectfully submitted,

/s/ Gary M. Klinger
Email: gklinger@milberg.com
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: (866) 252-0878

John A. Yanchunis
Email: JYanchunis@ForThePeople.com
MORGAN & MORGAN
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel: 813-275-5272

*Attorneys for Plaintiffs and the Proposed Class*

Affiliates/Locations | California | Georgia | Kentucky | Mississippi | New Jersey | New York | North Carolina | Puerto Rico | South Carolina | Tennessee | Washington | Netherlands | Portugal | United Kingdom
**www.milberg.com**

Honorable Sanket J. Bulsara, U.S.M.J.
United States District Court Eastern District of New York
January 24, 2023
Page 2


Eric R. Fish
Email: efish@bakerlaw.com
Robyn M. Feldstein
Email: rfeldstein@bakerlaw.com
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
Tel: (212) 589-4200

Paul G. Karlsgodt (admitted pro hac vice)
Email: pkarlsgodt@bakerlaw.com
BAKER & HOSTETLER LLP
1801 California Street, Suite 4400
Denver, CO 80202-2662
Tel: (303) 861-0600

*Attorneys for Defendants*