**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: CANON U.S.A. DATA BREACH LITIGATION<br><br>This Documents Related To:<br><br>All Actions | Case No. 1:20-cv-06239-AMD-SJB<br><br>**PLAINTIFFS' UNOPPOSED RENEWED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

Plaintiffs Michael Finnigan, Kenneth Buchbinder, Brian McCartney, Tyrone Villacis, Luis Pichardo, Andrew Hamid, Amy Lynn Hamid, Woodrow Moss, and Diana Rouse (collectively, "Representative Plaintiffs"), individually and on behalf of all others similarly situated, by and through their undersigned counsel, hereby move without opposition, and renew their request to:

1. Preliminarily approve the class action settlement and direct notice to the Settlement Class pursuant to Rule 23(e);

2. Provisionally certify the Settlement Class under Federal Rule of Civil Procedure 23(b)(3) and (e) for settlement purposes only;

3. Appoint Michael Finnigan, Kenneth Buchbinder, Brian McCartney, Tyrone Villacis, Luis Pichardo, Andrew Hamid, Amy Lynn Hamid, Woodrow Moss, and Diana Rouse as Class Representatives;

4. Appoint Gary Klinger of Milberg Coleman Bryson Phillips Grossman, LLC and John A Yanchunis of Morgan & Morgan Complex Litigation Group as Lead Class Counsel and Lori Feldman of George Feldman McDonald, PLLC as additional Class Counsel;

5. Approve the proposed Notice Plan, Short Form Notice, Long Form Notice, and Claim Form;

6. Appoint Epiq Class Action & Claims Solutions, Inc. to provide notice and claims administration; and

7. Adopt the proposed schedule for notice and final approval of the Settlement.

This Motion is based upon: (1) this Motion; (2) the Memorandum in Support of the Unopposed Renewed Motion for Preliminary Approval of Class Action Settlement; (3) the Amended Settlement Agreement and exhibits; (4) the previously filed Unopposed Motion for Preliminary Approval, the supporting memorandum, and all exhibits thereto (ECF 12, 13, 13-1, 13-2, 13-3, and 13-4 (5) the records, pleadings, and papers filed in this action; and (5) upon such other documentary and oral evidence or argument as may be presented to the Court on the Motion.

Dated: July 7, 2023                              Respectfully submitted,

                /s/ *Gary M. Klinger*
Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, LLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: 866.252.0878
gklinger@milberg.com

Gary S. Graifman
Melissa R. Emert
**KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.**
747 Chestnut Ridge Road
Chestnut Ridge, New York 10977
Telephone: (845) 356-2570
Facsimile: (845) 356-4335
ggraifman@kgglaw.com
memert@kgglaw.com

Amanda Peterson (AP1797)
**MORGAN & MORGAN**
90 Broad Street, Suite 1011
New York, NY 10004
 (212) 564-4568
apeterson@ForThePeople.com

John A. Yanchunis*
Ryan D. Maxey*
**MORGAN & MORGAN COMPLEX BUSINESS DIVISION**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
(813) 223-5505
jyanchunis@ForThePeople.com
rmaxey@ForThePeople.com

M. Anderson Berry
**CLAYEO C. ARNOLD,
A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
(916) 777-7777
aberry@justice4you.com

    Lori G. Feldman, Esq.
    **GEORGE FELDMAN MCDONALD, PLLC**
    102 Half Moon Bay Drive
    Croton-on-Hudson, New York 10520
    Phone: (917) 983-9321
    Fax: (888) 421-4173
    Email: LFeldman@4-justice.com
    E-Service: eService@4-Justice.com

    David J. George, Esq.
    Brittany L. Brown, Esq.
    **GEORGE GESTEN MCDONALD, PLLC**
    9897 Lake Worth Road, Suite #302
    Lake Worth, FL 33467
    Phone: (561) 232-6002
    Fax: (888) 421-4173
    Email: DGeorge@4-Justice.com
    E-Service: eService@4-Justice.com

- 5 -

## CERTIFICATE OF SERVICE

I hereby certified that on July 7, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

                                                */s/ Gary M. Klinger*