# BakerHostetler

Baker & Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Eric R. Fish
direct dial: 212.589.4647
efish@bakerlaw.com

November 27, 2023

**VIA ECF**

Honorable Sanket J. Bulsara, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    *In re Canon U.S.A. Data Breach Litigation, Case No. 1:20-cv-06239-AMD-SJB*

Dear Judge Bulsara:

We write to the Court seeking clarification on one of the deadlines set forth in Your Honor's Order Granting Preliminary Approval of Class Settlement entered on November 15, 2023 (the "Order") (ECF No. 66). Specifically, the Order states that the deadline for the Motion for Attorneys' Fees, Reimbursement of Costs and Expenses, and Service Awards to Be Filed by Class Counsel (the "Fee Motion") is "[a]t least 30 days before the Objection Deadline." We thus calculate the Fee Motion deadline to be Friday, March 15, 2024. This is based on an Objection Deadline of Monday, April 15, 2024, which is 120 days after Commencement of the Notice Program, which begins on December 15, 2023 (within 30 days of the Order).

Despite calculating the Fee Motion deadline to be March 15, 2024, the docket text accompanying the Order states that the Fee Motion deadline is March 26, 2024. We therefore respectfully request that the Court confirm that the correct deadline is **March 15, 2024.** Confirming this deadline will also ensure the accuracy of the notice documents, which state that the Fee Motion will be filed at least 30 days before the Objection Deadline.

Should Your Honor have any questions, please do not hesitate to contact me.

Respectfully submitted,

*/s/ Eric R. Fish*

Eric R. Fish

cc: Counsel of Record *(via ECF)*

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Dallas    Denver    Houston
Los Angeles    New York    Orlando    Philadelphia    San Francisco    Seattle    Washington, DC    Wilmington