UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: CANON U.S.A. DATA BREACH LITIGATION<br><br>This Document Related To:<br><br>All Actions | Case No. 1:20-CV-06239-AMD-SJB |

**NOTICE OF FILING SETTLEMENT ADMINISTRATOR'S
UPDATED CLIENT ACTIVITY REPORT DATED APRIL 23, 2024**

Plaintiffs hereby file the Settlement Administrator's updated Client Activity Report dated April 23, 2024, attached hereto as **Exhibit A**.

Dated: April 24, 2024

Respectfully submitted,

/s/ *Ryan D. Maxey*
Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: 866.252.0878
gklinger@milberg.com

Gary S. Graifman
Melissa R. Emert
**KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.**
747 Chestnut Ridge Road
Chestnut Ridge, New York 10977
Tel: (845) 356-2570 / Fax: (845) 356-4335
ggraifman@kgglaw.com
memert@kgglaw.com

John A. Yanchunis

1

**MORGAN & MORGAN COMPLEX BUSINESS DIVISION**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
(813) 223-5505
jyanchunis@ForThePeople.com

M. Anderson Berry
**CLAYEO C. ARNOLD**
**A PROFESSIONAL CORPORATION**
865 Howe Avenue
Sacramento, CA 95825
(916) 777-7777
aberry@justice4you.com

Lori G. Feldman, Esq.
**GEORGE GESTEN MCDONALD, PLLC**
102 Half Moon Bay Drive
Croton-on-Hudson, New York 10520
Phone: (917) 983-9321
Fax: (888) 421-4173
Email: LFeldman@4-justice.com
E-Service: eService@4-Justice.com

David J. George, Esq.
Brittany L. Brown, Esq.
**GEORGE GESTEN MCDONALD, PLLC**
9897 Lake Worth Road, Suite #302
Lake Worth, FL 33467
Phone: (561) 232-6002
Email: DGeorge@4-Justice.com
E-Service: eService@4-Justice.com

## **CERTIFICATE OF SERVICE**

I hereby certified that on April 24, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

/s/ *Ryan D. Maxey*